Joseph C. Rintelen, Appellant, v. Rose D. Schaefer, etc., and Others, Respondents.   Woodlawn Cemetery, Defendant.— The parties hereto hav-

ing stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.